IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

SAHIB SINGH,

     Plaintiff,

vs.                                                                            No. 26-2397

SCOTT LADWIG,
TODD M. LYONS and
TODD BLANCHE,

     Defendants.

---

ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

---

Before the Court is a motion for Daljit K. Ghuman of Ghuman Law Group, to appear on behalf of Plaintiff filed on April 14, 2026. (ECF No. 9). After considering the motion and attached documents, the Court finds that it meets all the requirements of LR 83.4(d).

The motion is thus GRANTED. Daljit K. Ghuman is admitted pro hac vice to appear on Plaintiff's behalf in the above-captioned matter. IT IS SO ORDERED, this 22nd day of April, 2026.

s/Mark S. Norris

MARK S. NORRIS
UNITED STATES DISTRICT COURT JUDGE